UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH ROSENBAUM,<br><br>            Plaintiff,<br><br>vs.<br><br>PETERSON ENTERPRISES, INC. d/b/a VALLEY EMPIRE COLLECTION,<br><br>            Defendant. | No. 2:25-cv-01763-RSM<br><br>**STIPULATION AND ORDER DISMISSING CASE** |

    Plaintiff Deborah Rosenbaum and Defendant Peterson Enterprises, Inc., hereby stipulate (through undersigned counsel) that this action and all claims herein against shall be dismissed with prejudice and without an award of fees or costs to any party.

    Based upon the parties' stipulation, this case is hereby DISMISSED WITH PREJUDICE and without costs or attorney fees to either party.

    IT IS SO ORDERED.

    Entered this 13th day of November, 2025.

                                          RICARDO S. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE